1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10   COCHISE P. BURNS,              )      CASE NO. CV 09-6448-PSG (PJW)
                                    )
11              Petitioner,         )
                                    )      J U D G M E N T
12          v.                      )
                                    )
13   JOHN MARSHALL,                 )
                                    )
14              Respondent.         )
     ───────────────────────────────)

15

16        Pursuant to the Order Adopting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20        DATED:      March 25, 2010                              .

21

22

23

24                                _____
                                  PHILIP S. GUTIERREZ
                                  UNITED STATES DISTRICT JUDGE
25

26

27

28   C:\Temp\notesE1EF34\Judgment.wpd